UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOSE DANIEL PEREZ PINA, </br></br> Petitioner, </br></br> v. </br></br> DERRICK STAMPER, et al., </br></br> Respondents. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil No. 2:25-cv-00509-SDN </br> ) </br> ) </br> ) </br> ) |

## JUDGMENT

In accordance with the Order on Petition for Writ of Habeas Corpus entered by U.S. District Judge, Stacey D. Neumann on October 16, 2025, and the subsequent status report filed by Respondents on November 26, 2026;

JUDGMENT is hereby entered for the Petitioner, Jose Daniel Perez Pina, and against the Respondents.

ERIC M. STORMS
ACTING CLERK

Dated: December 1, 2025      By: /s/ Meghan York
                                  Deputy Clerk